UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD S. BRYSON,

    Plaintiff,

v.                                                        4:24cv180–WS/MAF

GEORGE EMANOILIDIS,

    Defendant.

_____

## AMENDED ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed March 25, 2024. The magistrate judge recommends that the case be dismissed as having been opened in error. Plaintiff has filed no objections to the report and recommendation.

The undersigned having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED as having been opened in error.

DONE AND ORDERED this __29th__ day of __May__, 2024.

                           s/ William Stafford
                           WILLIAM STAFFORD
                           SENIOR UNITED STATES DISTRICT JUDGE